AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary #275886 <br> *Plaintiff* <br> v. <br> Christopher Monaco, Agent Martin, Officer Boccabello and Rivera Lopez <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 4:19-cv-2774-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:  March 11, 2020                                                  *CLERK OF COURT*


                                                                       s/Debbie Stokes
                                                          *Signature of Clerk or Deputy Clerk*